People v Rodriguez (2025 NY Slip Op 00883)

People v Rodriguez

2025 NY Slip Op 00883

Decided on February 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ANGELA G. IANNACCI
LARA J. GENOVESI
LOURDES M. VENTURA, JJ.

2022-08448

[*1]The People of the State of New York, respondent,
v
Kiara Rodriguez, appellant. (S.C.I. No. 72566/22)

Patricia Pazner, New York, NY (Marissa Reap of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Ellen C. Abbot of counsel; Anmari Guerrero on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Mary L. Bejarano, J.), imposed September 6, 2022, upon her plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The record does not establish that the defendant knowingly, voluntarily, and intelligently waived her right to appeal (see People v Wiltshire, 199 AD3d 1025; People v Coverdale, 189 AD3d 1610). Thus, the defendant's purported waiver of her right to appeal was invalid and does not preclude appellate review of her excessive sentence claim (see People v Coverdale, 189 AD3d at 1610).
Nevertheless, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
CONNOLLY, J.P., IANNACCI, GENOVESI and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court